**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 0-14010-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

v.

RATAVIOUS DAION MELLS,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Defendant's Motion to Suppress Illegally Obtained Evidence [D.E. 67].

**THIS MATTER** was assigned to the Honorable United States Magistrate Judge Shaniek M. Maynard [D.E. 45]. After holding an evidentiary hearing on the matter, Magistrate Judge Maynard issued a Report and Recommendation recommending that Defendant's motion be denied [D.E. 67]. Specifically, the Magistrate Judge found that the evidence in question was not the fruit of an unconstitutional seizure because it was seized when Defendant was arrested after he drove at a very high speed, resulting in a crash. As stated in the report and recommendation, probable cause exists, "when a police officer witnesses a driver commit a traffic violation." United States v. Wilson, 979 F.3d 889, 908 (11th Cir. 2020).

    Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, parties have 14 days after being served with a copy of the Report and Recommendation to serve and file

written objections, if any, with the District Court. Failure to file timely objections shall bar the parties from a de novo determination by the District Court of issues covered in the Report and Recommendation and bar the Parties from attacking on appeal the factual findings contained therein. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988). As of the date of this Order, no objections have been filed.

After a careful review of the record, this Court affirms the Report and Recommendation because it demonstrates an exhaustive review of the record and makes findings consistent with the law. Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Shaniek M. Maynard's Report and Recommendation [D.E. 67] is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that Defendant's Motion to Suppress Illegally Obtained Evidence [D.E. 40] is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of March, 2022.

                                                      s/ Donald L. Graham
                                                      DONALD L. GRAHAM
                                                      UNITED STATES DISTRICT JUDGE

cc:  All counsel of record